John Gregory Downing (State Bar No. 157717)
JOHN G. DOWNING, APC
111 North Market Street, Suite 300
San Jose, CA 95113
Tel: (408) 564-7020
Fax: (408) 273-6479
E-mail: john@downinglaw.com

Attorneys for Debtors
STEPHEN BECK, DONITA BECK

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | |
|---|---|
| In re:<br><br>STEPHEN BECK, DONITA BECK<br><br>    Debtor. | **Case No.: 11- 54179 MEH**<br>**Chapter 13** |

## APPLICATION FOR JUDGMENT VOIDING LIEN

    Debtors STEPHEN BECK and DONITA BECK ("Debtors") hereby apply for a judgment pursuant to Rule 3012, Federal Rules of Bankruptcy Procedure and this Court's Guidelines for Valuing and Avoiding Liens in Chapter 11 and Chapter 13 cases.

    Debtors specifically seeks a judgment that the Deed of Trust filed July 27, 2004 as Instrument No. 2002-0010685 of the Official Records of the County of San Benito, listing Wells Fargo Bank, N.A. as a beneficiary is entirely, permanently, and for all purposes void and unenforceable. The Court granted a motion to value with respect to this lien and Debtors have completed all payments required under their Chapter 13 Plan.

    This Application is based on this Application, on the Notice of Opportunity for Hearing and Declaration of STEPHEN BECK served herewith, on the claims and supporting documentation filed by secured creditors, the pleadings on file herein, and on such matters as may be presented at or before the hearing.

**Application for Judgment**
*In re Beck* **(Case No. 11-54179)**

| | | |
|---|---|---|
| 1 | Dated: October 20, 2014 | JOHN G DOWNING, APC |
| 2 | | By: /s/ JG Downing |
| 3 | | John G. Downing, Attorneys for Debtors<br>STEPHEN BECK, DONITA BECK |

**Application for Judgment**
*In re Beck* **(Case No. 11-54179)**