John Gregory Downing (State Bar No. 157717)
JOHN G. DOWNING, APC
111 North Market Street, Suite 300
San Jose, CA 95113
Tel: (408) 564-7020
Fax: (408) 273-6479
E-mail: john@downinglaw.com

Attorneys for Debtors
STEPHEN BECK, DONITA BECK

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

In re:

STEPHEN BECK, DONITA BECK,

    Debtors.

Case No.: 2011-54179 MEH
Chapter 13

## DECLARATION IN SUPPORT OF APPLICATION FOR JUDGMENT

I, STEPHEN BECK, declare:

1. I am one of the Debtors in the above-referenced matter. If called, I could competently testify to the following of my own personal knowledge.

2. I own – and reside at -- 901 Freedom Drive, Hollister, California (the "Property").

3. On July 27, 2004, I executed a Deed of Trust in favor of Wachovia Bank of Delaware, N.A. securing a home equity line of credit, which Deed of Trust was recorded on August 3, 2004 as Document Number 2004-0013967 in the Official Records of the County of Santa Benito (the "Lien"). Based on the filing of Claim August 17, 2011 (Claim 3-1) Wells Fargo Bank, N.A. is the successor by mortgage to Wachovia Bank, N.A..

4. I filed the Chapter 13 Petition to be filed herein on April 30, 2011.

**Declaration**
*In re Beck* **(11-54179)**

5. On May 2, 2012, the Court issued its Order Valuing Lien, which valued the Lien at zero (0).
6. On June 5, 2012, the Court issued its Order Confirming Plan.
7. I have completed all required payments under my chapter 13 plan.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and of my own personal knowledge and executed on September 17, 2014 in Hollister, California.

      /s/ Stephen Beck
      STEPHEN BECK

**Declaration**
*In re Beck* **(11-54179)**