John Gregory Downing (State Bar No. 157717)
JOHN G. DOWNING, APC
111 North Market Street, Suite 300
San Jose, CA 95113
Tel: (408) 564-7020
Fax: (408) 273-6479
E-mail: john@downinglaw.com

Attorneys for Debtors
STEPHEN BECK, DONITA BECK

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | |
|---|---|
| In re:<br><br>STEPHEN BECK, DONITA BECK<br><br>      Debtor. | **Case No.: 11- 54179 MEH**<br>**Chapter 13** |

**MOTION TO CORRECT ORDER VALUING LIEN
AND FOR ENTRY OF JUDGMENT VOIDING LIEN**

    Debtors STEPHEN BECK and DONITA BECK ("Debtors") hereby applies for a judgment pursuant to Rule 60(a), Federal Rules of Civil Procedure, and Rule 3012, Federal Rules of Bankruptcy Procedure and this Court's Guidelines for Valuing and Avoiding Liens in Chapter 11 and Chapter 13 cases.

    Debtors specifically seek an order correcting the Order Valuing Lien to reflect that the lien to be valued is the Deed of Trust recorded on August 3, 2004 as Document Number 2004-0013967 in the Official Records of the County of Santa Benito (the "Lien") listing Wachovia Bank of Delaware, N.A. as a beneficiary. Debtors further seek a Judgment that the Lien is entirely, permanently, and for all purposes void and unenforceable.

**Motion**
*In re Beck* **(Case No. 11-54179)**

The Application is based on the following facts:

1. Debtors filed their Petition on April 30, 2011.
2. On June 2, 2011, when Debtors filed their Motion to Value 901 Freedom Drive, Hollister, California (the "Motion"), the only Deed of Trust counsel had in his file was a Wells Fargo Bank, N.A. Deed of Trust recorded July 3, 2002 (the "2002 Deed"). The 2002 was reconveyed on September 15, 2004.
3. The Motion specifically sought to value 901 Freedom Drive, Hollister, California (the "Property") at $270,500 less than the $296,900 owed on the Chase Bank and that "$0.00 of the Wells Fargo Loan ending in 6995 and secured by a second deed of trust" is secured.
4. On August 17, 2011, Wells Fargo Bank, N.A., filed Claim 3-1, which referenced the loan ending 6995 but attached a Deed of Trust 2 which was recorded on August 3, 2004 as Document Number 2004-0013967 in the Official Records of the County of Santa Benito (the "Lien").
5. On May 2, 2012, the Court granted the Motion Setting Property Value, valuing the Property at $270,500. However, the Order Valuing Lien incorrectly referenced the 2002 Deed, not the Lien.
6. Based on the foregoing, we contend that the Order Valuing Lien contains a clerical mistake and should be corrected pursuant to Rule 60(a), Federal Rules of Civil Procedure, to reference the Lien and the requested Judgment should reflected the Lien.

This Motion is based on this Motion, on the Notice of Hearing and Declaration of STEPHEN BECK and Downing Declaration and Request for Judicial Notice served herewith, on the claims and supporting documentation filed by secured creditors, the pleadings on file herein, and on such matters as may be presented at or before the hearing.

**Motion**
*In re Beck* **(Case No. 11-54179)**

Dated: February 12, 2015       JOHN G DOWNING, APC

By: /s/ JG Downing
John G. Downing, Attorneys for Debtors
STEPHEN BECK, DONITA BECK

**Motion**
*In re Beck* **(Case No. 11-54179)**